USDC KYWD - Minute Order (Rev. 07/08)

# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER: 3:09MJ-132** |
| **MICHAEL BAKER** | **DEFENDANT** |

## <u>ORDER ON COMBINED PRELIMINARY AND DETENTION  HEARING</u>

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on June 5, 2009 for a combined preliminary and  detention hearing.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Ann Claire Phillips, Assistant United States Attorney |
| For the Defendant: | Defendant, Michael Baker - Present and in custody<br>Richard Cooper- CJA appointed counsel - Present |
| Court Reporter: | Dena Legg, Alan Wernecke |

The Court having heard sworn testimony, and being sufficiently advised, finds probable cause as to Title 18 U.S.C. Section 1344.  However the Court **does not find** probable cause under Title 18 U.S.C. Section 1028A.

Upon oral motion of the defendant to continue the detention hearing,

**IT IS HEREBY ORDERED** that the detention hearing is continued until **Tuesday June 9, 2009 at 2:00 p.m.,** before Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that this case is scheduled for an arraignment hearing on **June 19, 2009 at 10:00 a.m.**  before Dave Whalin, United States Magistrate Judge.

This 8th day of June, 2009

> **ENTERED BY ORDER OF THE COURT:**
> **DAVE WHALIN**
> **UNITED STATES MAGISTRATE JUDGE**
> **JEFFREY A. APPERSON, CLERK**
> **BY: /s/ Trish Carter**
> **Trish Carter - Deputy Clerk**

Copies: U.S. Attorney
    U.S. Probation
    U.S. Marshal
    Counsel for Defendant

0|25